EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Comité Asesor Permanente de Reglas de Procedimiento Criminal | 2017 TSPR 206 <br><br> 198 DPR ____ |

Número del Caso: EC-2017-01

Fecha: 29 de diciembre de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Comité Asesor Permanente de        EC-2017-01
Reglas de Procedimiento Criminal

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de diciembre de 2017.

El 2 de febrero de 2017, mediante la Resolución EC-2017-01, reconstituimos el Comité Asesor Permanente de Reglas de Procedimiento Criminal (Comité Asesor). A este grupo de trabajo le encomendamos revisar el Informe de Reglas de Procedimiento Penal, presentado en diciembre de 2008. Le solicitamos que descargara su encomienda dentro del plazo de un año. *In re Comité Asesor Permanente de Reglas de Procedimiento Criminal*, EC-2017-01, Resolución de 2 de febrero de 2017, 197 DPR 287 (2017).

Por conducto de su Presidenta y de la Directora del Secretariado de la Conferencia Judicial y Notarial, el 17 de noviembre de 2017 el Comité Asesor presentó una moción para la extensión del término concedido. La necesidad de contar con un plazo adicional se atribuyó fundamentalmente a la interrupción de los trabajos provocada por los huracanes Irma y María y las complicaciones que este último fenómeno atmosférico acarreó sobre el calendario de trabajo del Comité Asesor y de cada miembro en su carácter individual. También se detalló la complejidad de los temas objeto de estudio y discusión. El Comité Asesor incluyó un recuento

preciso de los trabajos realizados hasta el momento y afianzó su interés y compromiso genuino con cumplir con su encomienda a satisfacción de este Tribunal.

Examinada la petición presentada, otorgamos una extensión al término originalmente dispuesto para cumplir con su encomienda hasta el 15 de junio de 2018.

Notifíquese por correo electrónico a la Directora del Secretariado y a los y las miembros del Comité Asesor.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Juan Ernesto Dávila Rivera
                            Secretario del Tribunal Supremo